[No. 18465–2–I. Division One. July 29, 1987.]

THE DEPARTMENT OF NATURAL RESOURCES, *Respondent,* v. MARY HAMMER BUTLER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03197–9, Stuart C. French, J.,

entered April 7, 1986. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Webster, J.